# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hardiman, Thomas M. | U. S. Court of Appeals | 09/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

2270 United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 2. | Trustee | St. Edmund's Academy |
| 3. | Trustee | Richard A. Zappala Family Foundation |
| 4. | Lecturer in Law (pro bono) | Duquesne Law School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | The First City Company |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duquesne University School of Law | July 7-15, 2012 | Italy | Law Lectures | Transportation, food, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Richard A. Zappala | Loan to purchase partnership interests | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Checking Account | A | Interest | J | T | | | | | |
| 2. Capital One Savings Acct. | B | Interest | M | T | | | | | |
| 3. PNC Money Market Acct. | B | Interest | O | T | | | | | |
| 4. Vangard Prmpcp Mut. Fund (MF) | A | Dividend | K | T | | | | | |
| 5. Fulton Financial Stk (CS) | A | Dividend | J | T | | | | | |
| 6. WELLS FARGO EQUITY ACCOUNT | | | | | | | | | |
| 7. Wells Fargo MM | A | Interest | M | T | | | | | |
| 8. AOL CS | | None | | | Sold | 08/29/11 | J | A | |
| 9. Altisource Portfolio Solutions CS | | None | J | T | Buy | 01/12/11 | J | | |
| 10. American Eagle Outfitters CS | A | Dividend | | | Sold | 08/23/11 | J | A | |
| 11. American Express CS | A | Dividend | | | Sold | 04/26/11 | K | D | |
| 12. AON Corp | A | Dividend | J | T | Sold (part) | 10/28/11 | J | B | |
| 13. Artio Global Investors | A | Dividend | J | T | Buy | 02/22/11 | K | | |
| 14. Bank New York Mellon CS | A | Dividend | J | T | | | | | |
| 15. Barrick Gold Corp CS | A | Dividend | K | T | | | | | |
| 16. Berkshire Hathaway | | None | K | T | Buy | 04/11/11 | K | | |
| 17. Berkshire Hathaway | | None | J | T | Buy | 06/10/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway | | None | J | T | Buy | 08/04/11 | J | | |
| 19. Berkshire Hathaway | | None | J | T | Buy | 08/08/11 | J | | |
| 20. Broadridge Financial Solutions | A | Dividend | J | T | | | | | |
| 21. Chemtura | | None | J | T | Buy | 03/10/11 | J | | |
| 22. Chemtura | | None | J | T | Buy | 03/11/11 | J | | |
| 23. Chemtura | | None | J | T | Buy | 08/05/11 | J | | |
| 24. Chemtura | | None | J | T | Buy | 08/09/11 | J | | |
| 25. Chevron | A | Dividend | K | T | | | | | |
| 26. Cisco Systems CS | A | Dividend | K | T | | | | | |
| 27. Citigroup | A | Dividend | K | T | Buy | 08/25/11 | K | | |
| 28. Citigroup | A | Dividend | J | T | Buy | 09/06/11 | J | | |
| 29. Citigroup | A | Dividend | J | T | Buy | 09/23/11 | J | | |
| 30. Citigroup | A | Dividend | J | T | Buy | 11/01/11 | J | | |
| 31. Clearwire Corp. CS | | None | J | T | | | | | |
| 32. Consol Energy | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 33. Consol Energy | A | Dividend | J | T | Buy | 12/21/11 | J | | |
| 34. Corning CS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Covanta Holding | A | Dividend | J | T | | | | | |
| 36. Dell | A | Dividend | | | Buy | 03/24/11 | K | | |
| 37. Dell | A | Dividend | | | Sold (part) | 05/17/11 | J | A | |
| 38. Dell | A | Dividend | | | Sold | 08/16/11 | J | A | |
| 39. Direct TV CS | | None | K | T | | | | | |
| 40. Dish Network CS | | None | K | T | | | | | |
| 41. Disney CS | A | Dividend | J | T | | | | | |
| 42. Domtar Corp CS | A | Dividend | K | T | | | | | |
| 43. Dress Barn CS | | None | | | Sold | 01/10/11 | J | D | |
| 44. Ebay CS | | None | K | T | Sold (part) | 11/18/11 | J | B | |
| 45. Fairchild Semiconductor | | None | K | T | Sold (part) | 01/11/11 | J | D | |
| 46. Gilead Sciences | | None | | | Sold | 11/21/11 | K | A | |
| 47. Goldman Sachs | A | Dividend | K | T | Buy | 10/18/11 | J | | |
| 48. H & R Block | A | Dividend | | | Sold | 02/16/11 | J | A | |
| 49. Google | | None | K | T | Buy | 06/23/11 | K | | |
| 50. Intel | A | Dividend | | | Buy | 04/20/11 | J | | |
| 51. Intel | A | Dividend | | | Sold | 09/23/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JP Morgan Chase CS | B | Dividend | L | T | Buy | 06/03/11 | J | | |
| 53. JP Morgan Chase CS | B | Dividend | L | T | Buy | 09/22/11 | J | | |
| 54. Knoll Inc CS | A | Dividend | K | T | | | | | |
| 55. Knology CS | | None | K | T | | | | | |
| 56. Liberty Enterrainment CS | | None | | | Sold | 05/06/11 | J | C | |
| 57. Mastercard | A | Dividend | K | T | Buy | 01/04/11 | K | | |
| 58. Merck CS | A | Dividend | | | Sold | 04/13/11 | K | D | |
| 59. Microsoft CS | A | Dividend | | | Sold | 10/21/11 | J | B | |
| 60. Newscorp | A | Dividend | K | T | Buy | 08/11/11 | K | | |
| 61. Newscorp | A | Dividend | J | T | Buy | 08/18/11 | J | | |
| 62. Newscorp | A | Dividend | J | T | Buy | 09/22/11 | J | | |
| 63. Newell Rubbermaid | A | Dividend | | | Sold | 04/29/11 | K | C | |
| 64. Nokia Corp. ADR | A | Dividend | | | Sold | 01/31/11 | J | A | |
| 65. PNC Financial CS | A | Dividend | K | T | | | | | |
| 66. Sprint Nextel CS | | None | J | T | | | | | |
| 67. Time Warner CS | A | Dividend | | | Sold | 01/27/11 | J | D | |
| 68. Time Warner (new) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRW Automotive Holdings | | None | J | T | Buy | 05/02/11 | J | | |
| 70. TRW Automotive Holdings | | None | J | T | Buy | 07/28/11 | J | | |
| 71. US Bancorp CS | A | Dividend | K | T | | | | | |
| 72. Wal-Mart CS | A | Dividend | | | Sold | 05/17/11 | J | B | |
| 73. Winn-Dixie CS | | None | | | Sold | 12/19/11 | J | A | |
| 74. Yahoo Inc | | None | K | T | Buy | 09/09/11 | K | | |
| 75. Yahoo Inc. | | None | | | Sold | 11/01/11 | K | A | |
| 76. 3M Co. CS | A | Dividend | | | Sold | 07/13/11 | K | D | |
| 77. WELLS FARGO BOND ACCOUNT | | | | | | | | | |
| 78. Wells Fargo MM | A | Interest | K | T | | | | | |
| 79. RBS Capital Funding f/k/a ABN Amro Cap VII | | None | J | T | | | | | |
| 80. American Int'l Grp | B | Interest | K | T | | | | | |
| 81. Arch Capital Grp | A | Interest | J | T | | | | | |
| 82. Barclays Bank PLC Pfd. Stk (PF) | B | Dividend | K | T | | | | | |
| 83. Deutsche Bank | B | Interest | J | T | | | | | |
| 84. Duke Energy PF | A | Dividend | J | T | | | | | |
| 85. Eaton Vance En. Equity MF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Eaton Vance Gr. India MF | A | Dividend | K | T | | | | | |
| 87. Investment Co. MF | A | Dividend | K | T | | | | | |
| 88. Renaissance Re Hldgs PF | B | Interest | K | T | | | | | |
| 89. Spectra Energy Corp PF | A | Dividend | J | T | | | | | |
| 90. Washington Mutual Invest. MF | A | Dividend | K | T | | | | | |
| 91. Capital World Income MF | A | Dividend | K | T | | | | | |
| 92. Europacific Growth MF | A | Dividend | K | T | | | | | |
| 93. New Perspective FDA MF | A | Dividend | K | T | | | | | |
| 94. Lord Abbett Inv. Trust C class | C | Dividend | M | T | | | | | |
| 95. Lord Abbett Inv. Trust Class A | D | Dividend | M | T | Buy | 02/25/11 | M | | |
| 96. 401(k) ACCOUNT #1A | | | | | | | | | |
| 97. Lg. Value Equity MF (Dodge & Cox) | A | Dividend | J | T | | | | | |
| 98. Lg. Value Growth (T. Rowe Price) | A | Dividend | J | T | | | | | |
| 99. Mid Cap Value (Perkins Mid Cap Value) | A | Dividend | J | T | | | | | |
| 100. International Value II (Dodge & Cox) | A | Dividend | J | T | | | | | |
| 101. International Growth (Jamns Overseas) | A | Dividend | J | T | | | | | |
| 102. 401(k) ACCOUNT #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Merrill Lynch | A | Interest | J | T | | | | | |
| 104. LSI (f/k/a Agere Systems) CS | | None | J | T | | | | | |
| 105. Central Europe & Russia MF | A | Dividend | J | T | | | | | |
| 106. Century Link | A | Dividend | J | T | Buy | 04/01/11 | J | | |
| 107. Citigroup CS | | None | J | T | | | | | |
| 108. Dow Chemical CS | A | Dividend | J | T | | | | | |
| 109. General Electric CS | A | Dividend | J | T | | | | | |
| 110. Intel CS | A | Dividend | J | T | | | | | |
| 111. Merck CS | A | Dividend | J | T | | | | | |
| 112. Nektar Therapeutics CS | | None | J | T | | | | | |
| 113. Panacos Pharm. CS | | None | J | T | | | | | |
| 114. Pfizer CS | A | Dividend | J | T | | | | | |
| 115. Qwest CS | A | Dividend | | | Merged (with line 106) | 04/01/11 | J | A | |
| 116. Sirius CS | | None | J | T | | | | | |
| 117. Wilsons Leather CS | | None | J | T | | | | | |
| 118. TRUST #1 | | | | | | | | | |
| 119. Wells Fargo Trust Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  AMCAP MF | A | Dividend | L | T | | | | | |
| 121.  Capital World Gr. & Income MF | B | Dividend | K | T | Buy | 05/12/11 | J | | |
| 122.  Capital World Gr. & Income MF | B | Dividend | K | T | Buy | 09/09/11 | J | | |
| 123.  Europacific Growth MF | A | Dividend | K | T | | | | | |
| 124.  Fundamental Inv. MF | A | Distribution | L | T | | | | | |
| 125.  Growth Fund of America MF | A | Distribution | L | T | | | | | |
| 126.  Investment Co. of America MF | B | Dividend | L | T | | | | | |
| 127.  New Perspective MF | A | Dividend | K | T | | | | | |
| 128.  Washington Mutual Inv. MF | B | Dividend | L | T | | | | | |
| 129.  TRUST #2 | | | | | | | | | |
| 130.  Wells Fargo Trust Account | A | Interest | K | T | | | | | |
| 131.  AMCAP MF | A | Dividend | K | T | | | | | |
| 132.  Capital World Gr. & Income MF | B | Dividend | L | T | Buy | 05/12/11 | J | | |
| 133.  Capital World Gr. & Income MF | B | Dividend | K | T | Buy | 09/09/11 | J | | |
| 134.  Europacific Growth MF | A | Dividend | K | T | | | | | |
| 135.  Fundamental Inv. MF | A | Dividend | K | T | | | | | |
| 136.  Growth Fund of America MF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 138. New Perspective MF | A | Dividend | K | T | | | | | |
| 139. Washington Mutual Inv. MF | A | Dividend | K | T | | | | | |
| 140. TRUST #3 | | | | | | | | | |
| 141. Wells Fargo Trust Account | A | Interest | K | T | | | | | |
| 142. AMCAP MF | A | Dividend | K | T | | | | | |
| 143. Capital World Gr. & Income MF | B | Dividend | L | T | Buy | 05/12/11 | J | | |
| 144. Capital World Gr. & Income MF | B | Dividend | L | T | Buy | 09/09/11 | J | | |
| 145. Europacific Growth MF | A | Dividend | K | T | | | | | |
| 146. Fundamental Inv. MF | A | Dividend | K | T | | | | | |
| 147. Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 148. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 149. New Perspecafive MF | A | Dividend | K | T | | | | | |
| 150. Washington Mutual Inv. MF | A | Dividend | K | T | | | | | |
| 151. TRUST #4 ( #3) | | | | | | | | | |
| 152. Wells Fargo Trust Account | A | Interest | J | T | | | | | |
| 153. AMCAP MF | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Fundamental Inv. MF | B | Dividend | L | T | | | | | |
| 155. Growth Fund of America MF | A | Dividend | L | T | | | | | |
| 156. Investment Co. of America MF | B | Dividend | L | T | | | | | |
| 157. New Perspective MF | A | Dividend | L | T | | | | | |
| 158. Washington Mutual Inv. MF | B | Dividend | L | T | | | | | |
| 159. TRUST #5 | | | | | | | | | |
| 160. Wells Fargo Bank Account | A | Interest | K | T | | | | | |
| 161. AMCAP MF | A | Dividend | K | T | | | | | |
| 162. Capital Income Builder MF | A | Dividend | K | T | | | | | |
| 163. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 164. Eaton Vance Gr. India MF | A | Dividend | K | T | | | | | |
| 165. INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 166. Fundamental INVS Inc. MF | A | Dividend | K | T | | | | | |
| 167. Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 168. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 169. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 170. Altisource Portfolio CS | | None | J | T | Sold (part) | 12/05/11 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  American Express | A | Dividend | | | Sold | 04/26/11 | J | D | |
| 172.  American Eagle CS | A | Dividend | | | Sold | 08/23/11 | J | B | |
| 173.  AOL CS | | None | | | Sold | 08/29/11 | J | A | |
| 174.  AON CS | A | Dividend | J | T | Sold (part) | 10/28/11 | J | A | |
| 175.  Artio Global Investors | A | Dividend | J | T | Buy | 02/22/11 | J | | |
| 176.  Bank of NY Mellon | A | Dividend | J | T | | | | | |
| 177.  Barrick Gold CS | A | Dividend | J | T | | | | | |
| 178.  Berkshire Hathaway | | None | J | T | Buy | 04/11/11 | J | | |
| 179.  Berkshire Hathaway | | None | J | T | Buy | 06/10/11 | J | | |
| 180.  Berkshire Hathaway | | None | J | T | Buy | 08/04/11 | J | | |
| 181.  Berhshire Hathaway | | None | J | T | Buy | 08/10/11 | J | | |
| 182.  Broadridge Financial | A | Dividend | J | T | | | | | |
| 183.  Chemtura | | None | J | T | Buy | 03/11/11 | J | | |
| 184.  Chemtura | | None | J | T | Buy | 08/05/11 | J | | |
| 185.  Chemtura | | None | J | T | Buy | 08/09/11 | J | | |
| 186.  Chevron | A | Dividend | J | T | | | | | |
| 187.  Cisco Systems CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Citigroup | A | Dividend | J | T | Buy | 08/25/11 | J | | |
| 189. Citigroup | A | Dividend | J | T | Buy | 09/06/11 | J | | |
| 190. Citigroup | A | Dividend | J | T | Buy | 09/23/11 | J | | |
| 191. Citigroup | A | Dividend | J | T | Buy | 11/01/11 | J | | |
| 192. Clearwire CS | | None | J | T | | | | | |
| 193. Consol Energy | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 194. Consol Energy | A | Dividend | J | T | Buy | 12/21/11 | J | | |
| 195. Corning | A | Dividend | J | T | | | | | |
| 196. Covanta | A | Dividend | J | T | | | | | |
| 197. Dell | A | Dividend | | | Buy | 03/24/11 | J | | |
| 198. Dell | A | Dividend | | | Sold (part) | 05/17/11 | J | A | |
| 199. Dell | A | Dividend | | | Sold | 08/16/11 | J | A | |
| 200. Direct TV CS | | None | J | T | | | | | |
| 201. Dish Network CS | | None | J | T | Sold (part) | 04/21/11 | J | B | |
| 202. Domtar | A | Dividend | K | T | Sold (part) | 05/19/11 | J | B | |
| 203. Dress Barn CS | | None | | | Sold | 01/10/11 | J | C | |
| 204. Ebay CS | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Fairchild Semi | | None | K | T | Sold (part) | 01/11/11 | J | B | |
| 206. Gilead Sciences | | None | | | Sold (part) | 11/21/11 | J | A | |
| 207. Gilead Sciences | | None | | | Sold | 11/21/11 | J | A | |
| 208. Goldman Sachs | A | Dividend | J | T | Buy | 10/18/11 | J | | |
| 209. H & R Block | A | Dividend | | | Sold (part) | 02/16/11 | J | A | |
| 210. H & R Block | A | Dividend | | | Sold | 02/16/11 | J | A | |
| 211. Intel Corp | A | Dividend | | | Buy | 04/08/11 | J | | |
| 212. Intel Corp | A | Dividend | | | Sold | 09/23/11 | J | A | |
| 213. Google | | None | J | T | Buy | 06/23/11 | J | | |
| 214. JPMorgan Chase CS | A | Dividend | K | T | Buy | 06/03/11 | J | | |
| 215. JPMorgan Chase CS | A | Dividend | K | T | Buy | 09/22/11 | J | | |
| 216. JPMorgan Chase | A | Dividend | K | T | Buy | 11/23/11 | J | | |
| 217. Knoll Inc. CS | A | Dividend | J | T | | | | | |
| 218. Knology CS | | None | J | T | | | | | |
| 219. Liberty Media CS | | None | | | Sold | 05/06/11 | J | A | |
| 220. Mastercard | A | Dividend | K | T | Buy | 01/04/11 | J | | |
| 221. Merck CS | A | Dividend | | | Sold | 04/13/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Microsoft CS | A | Dividend | | | Sold | 10/21/11 | J | B | |
| 223. Newell Rubbermaid | A | Dividend | | | Sold | 04/29/11 | J | B | |
| 224. Newscorp | A | Dividend | K | T | Buy | 08/11/11 | J | | |
| 225. Newscorp | A | Dividend | K | T | Buy | 08/18/11 | J | | |
| 226. Newscorp | A | Dividend | K | T | Buy | 09/22/11 | J | | |
| 227. Nokia CS | A | Dividend | | | Sold | 01/31/11 | J | A | |
| 228. PNC Financial CS | A | Dividend | J | T | | | | | |
| 229. Sprint Nextel CS | | None | J | T | | | | | |
| 230. Time Warner CS | A | Dividend | | | Sold | 01/27/11 | J | B | |
| 231. Time Warner, Inc. New | A | Dividend | J | T | | | | | |
| 232. TRW Automotive Holdings | | None | J | T | Buy | 05/02/11 | J | | |
| 233. TRW Automotive Holdings | | None | J | T | Buy | 06/28/11 | J | | |
| 234. US Bancorp CS | A | Dividend | J | T | | | | | |
| 235. Wal-Mart Stores | A | Dividend | | | Sold | 05/17/11 | J | A | |
| 236. Yahoo Inc | | None | | | Buy | 09/09/11 | J | | |
| 237. Yahoo Inc | | None | | | Sold | 11/01/11 | J | A | |
| 238. 3M Co. CS | A | Dividend | | | Sold | 07/13/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. TRUST #6 | | | | | | | | | |
| 240. Wells Fargo Trust Account | A | Interest | K | T | | | | | |
| 241. AMCAP MF | A | Dividend | K | T | | | | | |
| 242. Capital Income Builder MF | A | Dividend | K | T | | | | | |
| 243. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 244. Eaton Vance Gr. India MF | A | Dividend | K | T | | | | | |
| 245. INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 246. Fundamental INVS Inc. MF | A | Dividend | K | T | | | | | |
| 247. Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 248. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 249. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 250. Altisource Portfolio CS | | None | J | T | Sold (part) | 12/15/11 | J | C | |
| 251. American Express CS | A | Dividend | | | Sold | 04/26/11 | J | D | |
| 252. American Eagle CS | A | Dividend | | | Sold | 08/23/11 | J | A | |
| 253. AOL CS | | None | | | Sold | 08/29/11 | J | A | |
| 254. AON Corp | A | Dividend | J | T | Sold (part) | 10/28/11 | J | A | |
| 255. Artio Global Investors | A | Dividend | J | T | Buy | 02/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Bank of New York Mellon | A | Dividend | J | T | | | | | |
| 257. Barrick Gold CS | A | Dividend | J | T | | | | | |
| 258. Berkshire Hathaway | | None | J | T | Buy | 04/11/11 | J | | |
| 259. Berkshire Hathaway | | None | J | T | Buy | 06/10/11 | J | | |
| 260. Berkshire Hathaway | | None | J | T | Buy | 08/04/11 | J | | |
| 261. Berkshire Hathaway | | None | J | T | Buy | 08/10/11 | J | | |
| 262. Broadridge Financial | A | Dividend | J | T | | | | | |
| 263. Chemtura | | None | J | T | Buy | 03/11/11 | J | | |
| 264. Chemtura | | None | J | T | Buy | 08/05/11 | J | | |
| 265. Chemtura | | None | J | T | Buy | 08/09/11 | J | | |
| 266. Chevron | A | Dividend | J | T | | | | | |
| 267. Cisco Systems CS | A | Dividend | J | T | | | | | |
| 268. Clearwire CS | | None | J | T | | | | | |
| 269. Citigroup | A | Dividend | J | T | Buy | 08/25/11 | J | | |
| 270. Citigroup | A | Dividend | J | T | Buy | 09/06/11 | J | | |
| 271. Citigroup | A | Dividend | J | T | Buy | 09/23/11 | J | | |
| 272. Citigroup | A | Dividend | J | T | Buy | 11/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Consol Energy | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 274. Consol Energy | A | Dividend | J | T | Buy | 12/21/11 | J | | |
| 275. Corning | A | Dividend | J | T | | | | | |
| 276. Covanta | A | Dividend | J | T | | | | | |
| 277. Dell | A | Dividend | | | Buy | 03/24/11 | J | | |
| 278. Dell | A | Dividend | | | Sold (part) | 05/17/11 | J | A | |
| 279. Dell | A | Dividend | | | Sold | 08/16/11 | J | A | |
| 280. DirectTV CS | | None | J | T | | | | | |
| 281. Dish Network CS | | None | J | T | Sold (part) | 04/21/11 | J | B | |
| 282. Dotmar | A | Dividend | K | T | Sold (part) | 05/19/11 | J | B | |
| 283. Dress Barn CS | | None | | | Sold | 01/10/11 | J | C | |
| 284. Ebay CS | | None | K | T | | | | | |
| 285. Fairchild Semi | | None | K | T | Sold (part) | 01/11/11 | J | B | |
| 286. Gilead Sciences | | None | | | Sold (part) | 11/21/11 | J | A | |
| 287. Gilead Sciences | | None | | | Sold | 11/21/11 | J | A | |
| 288. Goldman Sachs | A | Dividend | J | T | Buy | 09/18/11 | J | | |
| 289. Google | | None | J | T | Buy | 06/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. H & R Block | A | Dividend | | | Sold (part) | 02/16/11 | J | A | |
| 291. H & R Block | A | Dividend | | | Sold | 09/23/11 | J | A | |
| 292. Intel Corp | A | Dividend | | | Buy | 04/20/11 | J | | |
| 293. Intel Corp | A | Dividend | | | Sold | 09/23/11 | J | A | |
| 294. JPMorgan Chase CS | A | Dividend | K | T | Buy | 06/30/11 | J | | |
| 295. JPMorgan Chase CS | A | Dividend | K | T | Buy | 09/12/11 | J | | |
| 296. JP Morgan Chase CS | A | Dividend | K | T | Buy | 11/23/11 | J | | |
| 297. Knoll Inc. CS | A | Dividend | J | T | | | | | |
| 298. Knology CS | | None | J | T | | | | | |
| 299. Liberty Media CS | | None | | | Sold | 05/06/11 | J | A | |
| 300. Mastercard | A | Dividend | K | T | Buy | 01/04/11 | J | | |
| 301. Merck CS | A | Dividend | | | Sold | 04/13/11 | J | B | |
| 302. Microsoft CS | A | Dividend | | | Sold | 10/21/11 | J | B | |
| 303. News Corp | A | Dividend | K | T | Buy | 08/11/11 | J | | |
| 304. News Corp | A | Dividend | K | T | Buy | 08/18/11 | J | | |
| 305. News Corp | A | Dividend | K | T | Buy | 09/22/11 | J | | |
| 306. Newell Rubbermaid | A | Dividend | | | Sold | 04/29/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Nokia CS | A | Dividend | | | Sold | 01/31/11 | J | A | |
| 308. PNC Financial CS | A | Dividend | J | T | | | | | |
| 309. Sprint Nextel CS | | None | J | T | | | | | |
| 310. Time Warner CS | A | Dividend | | | Sold | 01/27/11 | J | B | |
| 311. Time Warner New | A | Dividend | J | T | | | | | |
| 312. TRW Automotive | | None | J | T | Buy | 05/02/11 | J | | |
| 313. TRW Automotive | | None | J | T | Buy | 07/28/11 | J | | |
| 314. US Bancorp CS | A | Dividend | J | T | | | | | |
| 315. Wal-Mart | A | Dividend | | | Sold | 05/17/11 | J | A | |
| 316. 3M Co. CS | A | Dividend | | | Sold | 07/13/11 | J | B | |
| 317. Yahoo Inc | | None | J | T | Buy | 09/09/11 | J | | |
| 318. Yahoo Inc. | | None | | | Sold | 11/11/11 | J | A | |
| 319. REAL ESTATE PARTNERSHIP | | | | | | | | | |
| 320. West Moon Twp. Assoc. | D | Distribution | M | U | | | | | |
| 321. Bensalem Realty Assoc. | G | Distribution | N | U | Buy | 10/31/11 | M | | |
| 322. Rodi Land Assoc. | E | Distribution | | | Sold | 11/29/11 | N | G | |
| 323. FC Donegal Assoc. | G | Distribution | O | U | Buy | 10/31/11 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. First City GA Partners | F | Distribution | N | U | Buy | 10/31/11 | N | | |
| 325. McIntyre Square Assoc. | D | Distribution | L | U | | | | | |
| 326. SCHWAB ACCOUNT | | | | | | | | | |
| 327. Abington PA School Dist. | B | Interest | K | T | Buy | 01/18/11 | K | | |
| 328. AmerisourceBergen Corp CS | A | Dividend | J | T | Sold (part) | 03/08/11 | J | B | |
| 329. Automatic Data Proc. CS | A | Dividend | J | T | | | | | |
| 330. BCE New | A | Dividend | K | T | | | | | |
| 331. Bard CR Inc. CS | A | Dividend | J | T | Buy | 12/21/11 | J | | |
| 332. Becton Dickinson CS | A | Dividend | J | T | | | | | |
| 333. Bentworth School Dist. BD | A | Interest | K | T | | | | | |
| 334. Butler Twp. BD | A | Dividend | K | T | | | | | |
| 335. Central Bucks Pa BD | A | Interest | K | T | | | | | |
| 336. Cisco CS | | None | | | Sold | 11/08/11 | J | A | |
| 337. Colgate Palmolive CS | A | Dividend | J | T | | | | | |
| 338. Conoco Phillips CS | A | Dividend | J | T | | | | | |
| 339. Dentsply CS | A | Dividend | | | Sold | 02/14/11 | J | A | |
| 340. Downington PA Sch. Dist. BD | B | Interest | | | Sold | 04/01/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Emerson Elec. CS | A | Dividend | J | T | Buy | 12/21/11 | J | | |
| 342. Exxon Mobil CS | A | Dividend | J | T | | | | | |
| 343. Fox Chapel School Dist. BD | B | Interest | | | Sold | 08/15/11 | K | A | |
| 344. General Dynamics CS | A | Dividend | | | Sold | 08/09/11 | J | A | |
| 345. General Electric CS | A | Dividend | J | T | | | | | |
| 346. IBM CS | A | Dividend | J | T | Sold (part) | 03/08/11 | J | B | |
| 347. Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 348. JP Morgan Chase CS | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 349. JP Morgan Chase CS | A | Dividend | J | T | Sold (part) | 11/30/11 | J | A | |
| 350. Lowes | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 351. Lubrizol CS | A | Dividend | | | Sold | 03/15/11 | J | D | |
| 352. Mastercard | A | Dividend | J | T | Buy | 03/10/11 | J | | |
| 353. Mastercard | A | Dividend | J | T | Buy | 06/08/11 | J | | |
| 354. Microsoft | A | Dividend | J | T | | | | | |
| 355. Monroeville PA Mun. | A | Interest | K | T | Buy | 08/31/11 | K | | |
| 356. Mount Lebanon PA | B | Interest | K | T | | | | | |
| 357. Octorara PA Area | B | Interest | K | T | Buy | 01/13/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Pepsico CS | A | Dividend | J | T | | | | | |
| 359. Pfizer | A | Dividend | K | T | | | | | |
| 360. PNC Financial CS | A | Dividend | J | T | Buy | 11/30/11 | J | | |
| 361. PNC Financial | A | Dividend | | | Sold | 10/20/11 | J | A | |
| 362. Praxair CS | A | Dividend | J | T | | | | | |
| 363. Republic Services CS | A | Dividend | J | T | | | | | |
| 364. Rock-Tenn Co CUA | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 365. Schlumberger CS | A | Dividend | J | T | Sold (part) | 03/07/11 | J | B | |
| 366. Symantec Corp | | None | J | T | Buy | 03/16/11 | J | | |
| 367. Schwab MM | A | Interest | L | T | | | | | |
| 368. Synopsys | | None | J | T | | | | | |
| 369. Sysco Corp. CS | A | Dividend | J | T | Buy | 11/30/11 | J | | |
| 370. Sysco Corp | A | Dividend | J | T | Sold (part) | 10/20/11 | J | A | |
| 371. Telefonica Span ADR | | None | J | T | Buy | 03/10/11 | J | | |
| 372. Telefonica Span ADR | | None | J | T | Buy | 07/08/11 | J | | |
| 373. Unilever CS | | None | J | T | | | | | |
| 374. United Parcel Svc. CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. University Area Jt. | A | Interest | K | T | Buy | 11/17/11 | K | | |
| 376. Upper Moreland Twp. BD | A | Interest | | | Sold | 10/01/11 | K | A | |
| 377. Wal-Mart CS | A | Dividend | J | T | | | | | |
| 378. Eaton Corp CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 09/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Inadvertly did not list the sale of Methode Elec. CS

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Hardiman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544